**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

YOUNGSOFT, INC.,
YOUNGTRONICS, LLC,
AND PRATIBHA SRIVASTAVA,

    Plaintiffs,

v.                                                    Case No. 20-12800

THE SKYLIFE COMPANY, INC.,

    Defendant.
_____/

**ORDER GRANTING MOTION TO SET ASIDE DEFAULT AND TERMINATING PARTY**

    The court held a telephonic conference with counsel on February 10, 2021 to determine the status of the case and to discuss the proposed discovery schedule. During the conference, the parties indicated that they had come to a mutual agreement to set aside the clerk's entry of default judgment entered against Defendant The Skylife Company, Inc. Therefore, the court will grant the Defendant's motion to aside the default judgment (ECF 9). The parties also reached a mutual agreement to terminate individual Pratibha Srivastava as a Plaintiff. Accordingly,

        IT IS ORDERED that Defendant's "Motion to Set Aside Default" (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall TERMINATE Plaintiff Pratibha Srivastava as a party to this matter.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12800.YOUNGSOFT.terminating.party.AAB.docx