# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

YOUNGSOFT, INC, et al.,

        Plaintiffs,

v.

                                                          Case No. 20-12800

THE SKYLIFE COMPANY, INC.,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, STAYING ALL PROCEEDINGS FOR 21 DAYS, EXTENDING THE DISPOSITIVE MOTION CUT-OFF, AND SETTING DATE FOR STATUS CONFERENCE**

Phillip A. Schaedler filed a "Motion to Withdraw as Counsel for Defendant" citing a breakdown in the attorney client relationship. (ECF No. 30.) On August 10, 2021, the court held a hearing on the motion. A representative for Defendant corporation appeared at the hearing and consented to Schaedler's withdrawal, indicating that she is diligently working to find new counsel. The court also advised the corporate representative that a corporation cannot represent itself, so failure to expediently retain counsel would result in the Defendant having to proceed unrepresented. Mr. Schaedler expressed a willingness to help Defendant complete some discovery matters in the interim and work to transition the case to a new counsel of record. For the reasons stated on the record, the court finds that the motion to withdraw should be granted. The court will stay the proceedings for 21 days to provide Defendant an opportunity to retain new counsel.

At the joint request of counsel, the court will also extend the dispositive motion deadline to September 21, 2021. Accordingly

IT IS ORDERED that the Motion to Withdraw is GRANTED and attorney Phillip A Schaedler is permitted to withdraw as counsel for Defendant, effective on the appearance of substitute counsel.

IT IS ORDERED that all proceedings in this case are hereby STAYED until **September 1, 2021**.

IT IS ORDERED that the dispositive Motion Cutoff is RESET to **September 21, 2021**.

IT IS FURTHER ORDERED that counsel for the parties are DIRECTED to appear for a status conference on **September 7, 2021**, **at 11:00 a.m.**

                                        s/Robert H. Cleland           /
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 13, 2021, by electronic and/or ordinary mail.

                                        s/Lisa Wagner                /
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12800.YOUNGSOFT.OrderGrantingWithdrawl.AAB.docx