UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOUNGSOFT, INC., a Michigan corporation;
and YOUNGTRONICS, LLC, a Michigan
limited liability company,

        Plaintiffs,

vs.

THE SKYLIFE COMPANY, INC. an Ohio
corporation,

        Defendant.
_____/

Case No. 3:20-cv-12800

Hon. Robert H. Cleland

Magistrate: Anthony P. Patti

J. Michael Huget (P#39150)
Honigman LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, Michigan 48108-3330
Telephone: (734) 418-4200
Facsimile: (734) 418-4201
mhuget@honigman.com

William B. Berndt
Honigman LLP
155 North Wacker Drive
Suite 3100
Chicago, Illinois 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
wberndt@honigman.com

**Attorneys For Plaintiffs**

Ashley C. Kirk
Thrasher, Dinsmore & Dolan LPA
1282 W. 58th Street
Cleveland, Ohio 44102
Telephone: (216) 266-5431
Facsimile: (216) 255-5450
akirk@tddlaw.com

***Attorney for Receiver For Defendant,
Tim L. Collins***

## **STIPULATED JUDGMENT**

The above entitled matter having come before the Court on the stipulation of the parties, and the Court being advised in the premises,

**IT IS ORDERED AND ADJUDGED**:

(1) that judgment is entered in favor of Plaintiffs and against Defendant in the amount of $506,480.30. It is the intent and agreement of the parties that this judgment shall be collected only through the Receivership action pending in the Common Pleas Court of Lucas County, Ohio, case number CI0201902920 (the "Ohio Litigation"), to the extent that a receiver remains appointed over Defendant by the Court in the Ohio Litigation;

(2) Defendant waives all rights to appeal or otherwise challenge or contest the validity of this Judgment or any of the Court's Orders in this action;

(3) This action will be dismissed with prejudice.

Dated: _June 8, 2022         _s/Robert H. Cleland
                              DISTRICT COURT JUDGE
                              ROBERT H. CLELAND

STIPULATED:

HONIGMAN LLP
Attorneys for Plaintiffs Youngsoft, Inc.
and Youngtronics, LLC


By: /s/ William B. Berndt
William B. Berndt
155 North Wacker Drive, Suite 3100
Chicago, Illinois  60606
(312) 701-9300
Email: wberndt@honigman.com



THRASHER, DINSMORE & DOLAN LPA
Attorneys for Receiver for Defendant, Tim L. Collins


By:  /s/ Ashley C. Kirk
Ashley C. Kirk
1282 W. 58th Street
Cleveland, Ohio 44102
(216) 266-5431
Email: akirk@tddlaw.com